Youssef H. Hammoud (SBN:321934)
**HAMMOUD LAW, P.C.**
3744 E. Chapman Ave., #F12269
Orange, CA 92859
T: (949) 301-9692
F: (949) 301-9693
E: yh@lawhammoud.com

*Attorney for Plaintiff,*
*Hoda Issa*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HODA ISSA<br><br>Plaintiff,<br><br>v.<br><br>WAYFAIR LLC<br><br>Defendant. | **Case No.: 8:23-cv-00515-WLH-ADS**<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT WAYFAIR LLC** |

NOTICE IS HEREBY GIVEN that Plaintiff Hoda Issa ("Plaintiff") and Defendant Wayfair LLC ("Defendant") have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulation for Dismissal with prejudice as to Defendant within the next sixty (60) days. Plaintiff requests that this Court vacate all pending deadlines, hearings in this matter as to Defendant, and Plaintiff requests that the Court vacate the ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION. Plaintiff also requests that this Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

RESPECTFULLY SUBMITTED,

Dated:  August 9, 2023          By:*/s/ Youssef H. Hammoud*
                                Youssef H. Hammoud  (SBN: 321934)
                                HAMMOUD LAW, P.C.
                                3744 E. Chapman Ave., #F12269
                                Orange, CA 92859
                                T: (949) 301-9692
                                F: (949) 301-9693
                                yh@lawhammoud.com

                                Attorney for Plaintiff
                                Hoda Issa


## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 9, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.


*/s/ Youssef H. Hammoud*