**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HODA ISSA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WAYFAIR LLC<br><br>　　　　　Defendant. | Case No.: 8:23−cv−00515−WLH−ADS<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT WAYFAIR LLC [19]** |

　　　Upon review of the Parties' Stipulation of Dismissal with Prejudice of Defendant Wayfair LLC ("Defendant"), and good cause appearing therefore,

　　　**IT IS ORDERED** that the Stipulation (Docket No. 19) is **GRANTED.**

　　　The above-entitled matter is hereby dismissed with prejudice against Defendant.

　　　**IT IS ORDERED.**

Dated:　September 26, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　HON. WESLEY L. HSU
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE